UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LEONARD S. WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | No: 19 CV 7122 |
| | ) | |
| vs. | ) | |
| | ) | |
| NETWORK MEDICAL REVIEW LTD a/k/a | ) | |
| EXAMWORK, LLC., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

# PLAINTIFF'S EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

and EEOC

| State or local Agency, if any | | S.S. No. | |

**NAME** *(Indicate Mr, Ms, Mrs.)*
Mr. Leonard S. Wood

**HOME TELEPHONE** *(Include Area Code)*
(815) 980-6236

**STREET ADDRESS    CITY, STATE AND ZIP CODE**
1937 Douglas Street, Rockford, Illinois 61103

**DATE OF BIRTH**
1972

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below.)*

**NAME**
Network Medical Review

**NUMBER OF EMPLOYEES, MEMBERS**
500 +

**TELEPHONE** *(Include Area Code)*
(815) 964-6334

**STREET ADDRESS    CITY, STATE AND ZIP CODE**
4960 East State Street, Rockford, Illinois 61108

**COUNTY**
Winnebago

**NAME**
ExamWorks, LLC.,

**TELEPHONE NUMBER** *(Include Area Code)*
(404) 952-2400

**STREET ADDRESS    CITY, STATE AND ZIP CODE**
3280 Peachtree, Suite 2625, Atlanta, Georgia 30305

**COUNTY**

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ AGE
☐ RETALIATION   ☐ NATIONAL ORIGIN   ☒ DISABILITY   ☒ OTHER *(Specify)* Hostile Environment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA) 03/2016    LATEST (ALL) 12/03/2018

☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the Respondent on July 23, 2012. My most recent position was Billing Coordinator. I believe that I have been subjected to different terms and conditions of employment and subjected to a hostile work environment and excessive discipline due to my Anxiety and Obsessive Compulsive Disorder), my sex (male) and my race (Caucasian). Due to being subjected to different terms and conditions of employment and held to a higher standard of performance I was terminated on December 3, 2018.

RECEIVED EEOC
JAN 7 2019
CHICAGO DISTRICT OFFICE

I believe that I have been discriminated based on my disability in violation of the American with Disabilities Act of 1967, my race and sex in violation of Title VII of the Civil Rights Act of 1967 as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | **NOTARY** - *(When necessary for State and Local Requirements)* |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.  *Leonard Scott Wood*  Date 12/28/2018    *Charging Party (Signature)* | **SIGNATURE OF COMPLAINANT**  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LEONARD S. WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | No: 19 CV 7122 |
| | ) | |
| vs. | ) | |
| | ) | |
| NETWORK MEDICAL REVIEW LTD a/k/a | ) | |
| EXAMWORK, LLC., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

# PLAINTIFF'S EXHIBIT B

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Leonard Wood<br>Michael T. Smith<br>LAW OFFICES OF MICHAEL T. SMITH<br>10 N. Martingale Road<br>Suite 400<br>Schaumburg, IL 60173 | From: Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2019-01898 | Kara Mitchell,<br>Investigator | (312) 872-9702 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

*Julianne Bowman*       7-29-19

Julianne Bowman,
District Director                        *(Date Mailed)*

cc:     **NETWORK MEDICAL REVIEW**
c/o Daniel Hart, Esq.
Seyfarth Shaw LLP
1075 Peachtree Street, Suite 2500
Atlanta, GA 30309